BEFORE THE THIRD DIVISION, FEBRUARY 28, 1939

**No. 40709.**—Protest 834945–G of Unanue, Inc. (New York).

Opinion by CLINE, J.   It appeared that the merchandise consists of anchovies in tins from Spain and that a sticker label was pasted on each tin containing the word "Spain".   On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065), *American Hatters & Furriers Co.* v. *United States* (C. D. 31), and Abstracts 37079, 39518, 39520, and 39549 the merchandise in question was held legally marked and the protest was sustained.

**No. 40710.**—Protest 843139–G of Scharf Bros. Co., Inc. (New York).

Opinion by CLINE, J.   It was stipulated that the bottles in question were marked by means of sticker labels reading "The London Essence Co., Ltd., Peckham, London, British manufacture."   The plaintiff evidently relied on either the word "London" or the words "British manufacture" in support of the claim that the merchandise was legally marked.   The name of a city was held not sufficient to meet the marking requirements in Abstracts 36751, 36804, 36752, and 39462, and "British manufacture" was held insufficient in Abstract 37803. The protest was therefore overruled.

**No. 40711.**—Protest 843140–G of Richman & Samuels, Inc. (New York).

Opinion by CLINE, J.   It appeared that to each basket was attached a cardboard tag containing the words "Product of Mexico" and that it was securely fastened by wire.   On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065), *United States* v. *Monteverde* (26 id. 112, C. A. D. 2), *American Hatters & Furriers Co.* v. *United States* (C. D. 31), and Abstracts 37079, 39518, 39520, and 39549 the protest was sustained.

**No. 40712.**—Protest 865372–G of Austin Nichols & Co., Inc. (New York).

Opinion by CLINE, J.   It appeared that at the time of importation a sticker label containing the word "Norway" was pasted to each tin.   On the authority of Abstract 39549 the protest was sustained.

**No. 40713.**—Protest 865373–G of Olaf Hertzwig Trading Co., Inc. (New York).

Opinion by CLINE, J.   It appeared that the sardines were imported from Sweden in tins with a sticker label pasted to each tin containing the word "Sweden."   Each tin was wrapped in cellophane which was held together by sticker labels also bearing the word "Sweden."   On the authority of Abstract 39549 the sardines in question were held to be legally marked and the protest was sustained.